# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CARL LINDBLAD,<br><br>  Defendant. | Case No.: 18-CR-1850-JLS<br><br>**ORDER TO POSTPONE BOP SELF-SURRENDER DATE AND CONTINUE STATUS HEARING** |

## ORDER

Pursuant to the motion of Defendant CARL LINDBLAD by and through his attorney, Megan E. Foster, and unopposed by Assistant U.S. Attorney Mark Pletcher, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the September 24, 2021, BOP report date be extended for an additional sixty (60) days, and that CARL LINDBLAD shall now self-surrender on or before November 29, 2021, at 12:00 pm. It is further ordered that the Status Hearing currently set for October 1, 2021 at 9:00 am is hereby continued to December 3, 2021, at 9:00 am.

THE COURT ALSO ORDERS thay the BOP shall evaluate CARL LINDBLAD's medical condition within the next 30 days, so that a report on his

medical status and the BOP's ability to accommodate his medical conditions in custody may be evaluated and provided to the Court in advance of her report date. CARL LINDBLAD shall treat any appointment set by the BOP as non-discretionary and shall report to such medical evaluation on the date and time scheduled by the BOP to allow timely filing of any report in advance of the Status Hearing.

**IT IS SO ORDERED.**

Dated:  September 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge