UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                               Plaintiff,<br>v.<br>CARL LINDBLAD,<br>SUSAN VERGOT,<br>                              Defendants. | Case Nos.: 18CR1850-JLS<br>               18CR1855-JLS<br><br>**ORDER SUA SPONTE EXTENDING SELF-SURRENDER DATE AND CONTINUING STATUS HEARING** |

The Court is still considering Defendants' pending motions for reconsideration of sentence and for compassionate release. In light of this, and the current nationwide surge in COVID-19 cases due to the Omicron variant, the Court sue sponte extends each defendant's self-surrender date for an additional 60-day period.

Defendants' self-surrender deadline shall be extended from January 28, 2022 to **March 28, 2022** at 12:00 p.m. The Status Hearing re: Self-Surrender shall be continued from February 4, 2022 to April 1, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 20, 2022

                                                   *Janis L. Sammartino*
                                                   Hon. Janis L. Sammartino
                                                   United States District Judge